COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Aderonke Aderemi

Appellate case number:    01-22-00525-CV

Trial court case number:  1176890

Trial court:              County Civil Court at Law No. 1 of Harris County

On July 15, 2022, relator, Aderonke Aderemi, filed an "Emergency Petition for a Writ of Mandamus on Trial Court's Issuance of Immediate Writ of Possession After [Relator] Posted a Supersedeas Cash Bond of $12,480.00 and Injunctive Relief on [Real Party in Interest, Massandra KV Vineyards Owner LLC, as Successor in Interest to PAC's] Constructive Eviction."  In the mandamus petition, relator requests that we issue a writ of mandamus directing the trial court to "vacate and stay [its] order to execute an immediate [w]rit of [p]ossession," and to allow relator's direct appeal of the Final Judgment entered in the underlying case to be considered by the Court.

On July 15, 2022, the Court requested a response to relator's petition for writ of mandamus.  The deadline for any party to file a response to the mandamus petition was August 4, 2022.  On August 3, 2022, the respondent, the Honorable Audrie Lawton-Evans, filed a motion for extension of time to file a response to the mandamus petition.  Judge Lawton-Evans' motion was granted, and the deadline for filing a response was extended to August 18, 2022.

On August 16, 2022, Judge Lawton-Evans filed a second motion for extension of time to file a response to the mandamus petition, requesting that the deadline be extended to September 15, 2022.  In the motion, Judge Lawton-Evans states that relator is not prejudiced by the requested "brief extension," because the Court stayed execution of the writ of possession pending consideration of the mandamus petition.

Judge Lawton-Evans' second motion for extension is **granted**.  The deadline for Judge Lawton-Evans to file a response to relator's petition for writ of mandamus, if any, is extended to **September 15, 2022**.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____

                  ☑ Acting individually    □ Acting for the Court

Date: _____August 23, 2022_____